DEAN S. KRISTY (State Bar No. 157646)
KEVIN P. MUCK (State Bar No. 120918)
ALICE L. JENSEN (State Bar No. 20332)
CHRISTOPHER A. GARCIA (State Bar No. 215184)
FENWICK & WEST LLP
Embarcadero Center West
San Francisco, California  94111
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350
Email address: dkristy@fenwick.com

Attorneys for Defendants
Lexar Media, Inc., Eric B. Stang, and Brian T. McGee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LEXAR MEDIA, INC. SECURITIES LITIGATION | Case No. C 04-2013 SC  **STIPULATION AND [PROPOSED] ORDER GRANTING DISMISSAL** |
| This Document Relates to:  ALL ACTIONS. | |

1  IT IS HEREBY STIPULATED, by and among plaintiffs and defendants Lexar Media, Inc., Eric B. Stang and Brian T. McGee (collectively, "defendants"), through their undersigned counsel of record, as follows:

WHEREAS, on August 30, 2004, this Court appointed The Mitchell Group as lead plaintiffs and Schiffrin & Barroway, LLP as lead counsel and Green & Jigarjian, LLP as liaison counsel;

WHEREAS, on October 29, 2004, plaintiffs filed a Consolidated Amended Class Action Complaint, and in response defendants subsequently filed a motion to dismiss;

WHEREAS, on July 5, 2005, this Court granted defendants' motion to dismiss the Consolidated Amended Class Action Complaint on the grounds that it failed to state a claim, and gave plaintiffs the opportunity to file an amended complaint within thirty (30) days, if they chose to do so;

WHEREAS, plaintiffs have chosen not to file a further amended complaint, and the thirty-day period specified by the Court in which to amend has now expired;

Lead plaintiffs and defendants hereby agree as follows:

1. This action should be dismissed with prejudice; and

2. Each side will bear its own attorneys' fees and costs incurred in this action.

DATED:  September 1, 2005            FENWICK & WEST LLP


                                     By      /s/ Alice Jensen
                                             Alice Jensen

                                     Attorneys for Defendants
                                     Lexar Media, Inc., Eric B. Stang and
                                     Brian T. McGee


DATED:  September 1, 2005            SCHIFFRIN & BARROWAY LLP


                                     By      /s/ Michael K. Yarnoff
                                             Michael K. Yarnoff

                                     Attorneys for Lead Plaintiffs
                                     The Mitchell Group

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  **ORDER**

2  IT IS SO ORDERED.



9/6/05

Judge Samuel Conti

3

STIPULATION AND [PROPOSED] ORDER GRANTING DISMISSAL, CASE NO. C 04-2013 SC

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO